UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ENVISIONTEC, INC.,**
a Michigan Corporation,

       Plaintiff,

Case No. 19-cv-13564-VAR-APP

Hon.   Victoria A. Roberts

vs.

**STAX3D, INC.,**
a Arizona Corporation,

       Defendant.
_____

**PLAINTIFF'S RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE (DKT. 19)**

On December 3, 2020, Plaintiff submitted a request for entry of default judgment against Defendant, Stax 3D, Inc. ("Defendant").  Although Defendant was placed into default in February 24, 2020, had the Court denied Jason Yocum's motion to dismiss, it was anticipated that the same legal counsel that represented Jason Yocum might also appear on behalf of Defendant to defend the case on the merits. In any case, that situation never happened because the Court granted Yocum's motion to dismiss.  Accordingly, Plaintiff has moved forward with taking a default judgment against the defunct Defendant corporation.  As stated above, Plaintiff submitted the request for a default judgment against Defendant on December 3, 2020.

Dated: December 3, 2020                     Respectfully submitted,

*s/ Charles R. Ash, IV*
Charles R. Ash, IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
248-355-0300
crash@sommerspc.com

*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*s/ Charles R. Ash, IV*
Charles R. Ash, IV (P73877)